UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GABRIELLE MOORE | CIVIL ACTION NO. 21-cv-3926 |
| VERSUS | CHIEF JUDGE HICKS |
| FARBERWARE LICENSING CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Gabrielle Moore ("Plaintiff") filed this civil action in federal court against Farberware Licensing Company, LLC based on an assertion on diversity jurisdiction, which places the burden on Plaintiff to set forth specific facts that demonstrate the requisite amount in controversy and complete diversity of citizenship. The court issued an order that directed Plaintiff to provide more information regarding the citizenship of Farberware.

Plaintiff filed an amended complaint (Doc. 5) that alleged Farberware is a Massachusetts LLC and, at the time of the injuries at issue, the sole member of the LLC was Meyer Corporation, which is incorporated in California and has its principal place of business in California. Plaintiff concludes that Farberware is therefore a citizen of Massachusetts for purposes of diversity jurisdiction. Amended complaint, ¶ 8.

As noted in the prior order, the citizenship of an LLC is based on that of its members, so Farberware is a citizen of California if the allegations in the amended complaint are correct as of the time suit was filed and the time of removal. Coury v. Prot, 85 F.3d 244, 249 (5th Cir. 1996) ("In cases removed from state court, diversity of citizenship must exist both at the time of filing in state court and at the time of removal to federal court."). Plaintiff alleges that she is a citizen of Louisiana. Accordingly, the court finds that subject

matter jurisdiction exists pursuant to 28 U.S.C. § 1332. This finding is preliminary and may be reconsidered sua sponte or on appropriate motion.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 22nd day of November, 2021.

Mark L. Hornsby
U.S. Magistrate Judge